No. 727, Misc. BLANCHEY v. WASHINGTON ET AL. Sup. Ct. Wash. Certiorari denied. *James E. Kennedy* for respondents.

No. 828, Misc. GIBBS v. TURNER ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 925, Misc. BELL v. NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 926, Misc. CAMPBELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *John C. Emery, Jr.,* for petitioner. *Solicitor General Griswold* for the United States.

No. 928, Misc. SMITH v. GEORGIA. Sup. Ct. Ga. Certiorari denied. *Reuben A. Garland* for petitioner. *Arthur K. Bolton,* Attorney General of Georgia, *Harold N. Hill, Jr.,* Executive Assistant Attorney General, and *Marion O. Gordon,* Assistant Attorney General, for respondent.

No. 929, Misc. HEMMINGER v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 931, Misc. STACY v. VAN CUREN, CORRECTIONAL SUPERINTENDENT. Sup. Ct. Ohio. Certiorari denied.

No. 947, Misc. CUEVAS v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.